IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|   |   |
|---|---|
| WILLIAM COOPER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. JFM-97-2578 |
| SMITH & NEPHEW, INC., ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant Smith & Nephew, Inc.'s Unopposed Motion for Extension of Time, the Memorandum in support thereof, and the entire record herein, it is this 23rd day of Dec., 1999

ORDERED that Defendant's Unopposed Motion for Extension of Time be, and hereby is GRANTED, and it is,

FURTHER ORDERED that defendant shall have until January 10, 2000, for service of the report of Rex McLellan, Ph.D., and it is

FURTHER ORDERED that, if defendant's Motion for Physical Examination is granted, defendant Smith & Nephew, Inc. shall serve upon plaintiff the report of Byron Cooper, M.D., within ten days of the completion of the physical examination by Dr. Cooper and the receipt of the CT scan results. If the Motion for

\\\DC - 59235/23 - #1004101 v1

2

Physical Examination is denied, defendant shall serve the report of Dr. Cooper within ten days of the date of that Order.

                                            Chief Judge J. Frederick Motz
                                            U.S. District Court

\\\DC - 59235/23 - #1004101 v1