IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM COOPER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. JFM-97-2578 |
| SMITH & NEPHEW, INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion for Revision of the Scheduling Order and the entire record herein, it is this _27__ day of _July_, 2000,

ORDERED that the Motion is GRANTED, and the Scheduling Order entered in this case on September 16, 1999, is hereby revised as follows:

| | |
|---|---|
| Deadline for Depositions of Plaintiffs' Experts: | February 25, 2000 |
| Deadline for Depositions of Defendants' Experts: | March 24, 2000 |
| Dispositive Motions Due: | April 14, 2000 |
| Oppositions Due | May 5, 2000 |
| Reply Briefs Due | May 19, 2000 |

Chief Judge J. Frederick Motz

\\\DC - 59235/23 - #1021488 v1