IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM COOPER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. JFM-97-2578 |
| SMITH & NEPHEW, INC., | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Motion for Extension of Time for Completion of Summary Judgment Briefing and the entire record herein, it is this ___ day of _May_, 2000,

ORDERED that the Motion is GRANTED, and plaintiff shall have until May 9, 2000, to file his oppositions to the dispositive motions, and S&N shall have until May 26, 2000, to file its reply briefs.

J. Frederick Motz
United States District Judge