IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM COOPER, )
 )
       Plaintiff, ) Case No. JFM-97-2578
 )
v. )
 )
SMITH & NEPHEW, INC., )
 )
       Defendant. )

### NOTICE OF WITHDRAWAL OF
### PLAINTIFF'S MOTION TO COMPEL

Please take notice that the Motion to Compel filed by plaintiff's counsel on May 10, 2000 is hereby withdrawn.

Date: May 25, 2000

Respectfully submitted,

Arnold Levin, Esquire
Fred S. Longer, Esquire
Scott Levensten, Esquire
Levin, Fishbein, SEDRAN & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
(215) 592-1500

Steven M. Pavsner, Esquire
Joseph, Greenwald & Laake
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770
(301) 220-2200 (Telephone)

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2000 a true and correct copy of the Notice of Withdrawal of Plaintiff's Motion to Compel was served on the following counsel via first class mail:

Terri Steinhaus Reiskin
Hogan & Hartson L.L.P.
Columbia Square
555 13th Street, N.W.
Washington, D.C. 20004

James B. Irwin
Montgomery, Barnett, Brown,
 Read, Hammong & Mintz, L.L.P.
1100 Poydras Street
3200 Energy Centre
New Oreleans, LA 70163-3200

_____
FRED S. LONGER