IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM COOPER        *

       *

v.        *   Civil No. JFM-97-2578

       *

SMITH & NEPHEW, INC.        *

*****

ORDER

As stated in the accompanying memorandum to counsel, it is, this ___ day of June 2000

ORDERED that defendant's motion for leave to file supplemental motion for summary judgment on statute of limitations grounds is granted.

_____
J. Frederick Motz
United States District Judge