UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

June 28, 2000

Memo to Counsel Re: William Cooper v. Smith & Nephew, Inc.
Civil No. JFM-97-2578

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion for leave to file supplemental motion for summary judgment on statute of limitations grounds.

The motion is granted. If plaintiff desires to file a supplemental opposition (and defendant then seeks to file a supplemental reply) they may do so. Please confer with one another and submit to me a proposed schedule for any such filings.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File