IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM COOPER | : | |
| | : | Civil Action No. 97-CV-2578 |
| Plaintiff | : | |
| | : | JUN 2 7 2000 |
| v. | : | |
| | : | FEE PAID |
| SMITH & NEPHEW RICHARDS, | : | FEE NOT PAID |
| INC., et al. | : | (SEND LETTER) BY |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Steven M. Pavsner, Esquire, a member of the Bar of this Court, moves the admission of Scott Levensten, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for plaintiff.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the following United States Courts: Eastern District of Pennsylvania, Court of Appeals for the Third and Fourth Circuits.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has never been admitted pro hac vice in this Court.

3. The proposed admittee has never been disbarred, suspended or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceedings will be the undersigned, who has been formally admitted to the bar of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _____ | _____ |
| Signature | Signature |
| | |
| Steven M. Pavsner, Esquire | Scott Levensten, Esquire |
| JOSEPH, GREENWALD & LAAKE | LEVIN, FISHBEIN, SEDRAN & BERMAN |
| 6404 Ivy Lane, Ste. 400 | 510 Walnut Street, Ste. 500 |
| Greenbelt, MD 20770 | Philadelphia, PA 19106 |
| (301) 220-2200 (telephone) | (215) 592-1500 (telephone) |
| (301) 220-1214 (fax) | (215) 592-4663 (fax) |
| Md. United States District Court #01353 | |

## ORDER

Motion ___✓___ GRANTED
Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court
Motion _____ DENIED

_July 5, 2000_____     _____
Dated                             Judge, U.S. District Court

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Motion for Admission *Pro Hac Vice* was served via First Class Mail, postage prepaid to counsel listed below:

>Terri S. Reiskin, Esquire
>**HOGAN & HARTSON, L.L.P.**
>555 Thirteenth Street, N.W.
>Washington, DC 20004-1109
>
>-and-
>
>James B. Irwin, Esquire
>**MONTGOMERY, BARNETT, BROWN,**
>**READ, HAMMOND & MINTZ, L.L.P.**
>3200 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-3200

_____
**STEVEN M. PAVSNER, ESQUIRE**

DATED: 6/46/00