IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM COOPER | : | |
| | : | Civil Action No. 97-CV-2578 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SMITH & NEPHEW RICHARDS, INC., et al. | : | |

-----------------------------------------------------

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Steven M. Pavsner, Esquire, a member of the Bar of this Court, moves the admission of Fred S. Longer, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for plaintiff.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is a member in good standing of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey and the following United States Courts: Eastern and Western Districts of Pennsylvania, District of New Jersey, District of Arizona, Northern and Western Districts of New York, York, District of Nebraska, the Court of Appeals for the Third, Fourth and Seventh Circuits and the United States Supreme Court.

2. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has never been admitted pro hac vice in this Court.

3. The proposed admittee has never been disbarred, suspended or denied admission to practice.

4. The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal

Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. Co-counsel for the proposed admittee in this proceedings will be the undersigned, who has been formally admitted to the bar of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _____ | _____ |
| Signature | Signature |
| | |
| Steven M. Pavsner, Esquire | Fred S. Longer, Esquire |
| JOSEPH, GREENWALD & LAAKE | LEVIN, FISHBEIN, SEDRAN & BERMAN |
| 6404 Ivy Lane, Ste. 400 | 510 Walnut Street, Ste. 500 |
| Greenbelt, MD 20770 | Philadelphia, PA 19106 |
| (301) 220-2200 (telephone) | (215) 592-1500 (telephone) |
| (301) 220-1214 (fax) | (215) 592-4663 (fax) |
| Md. United States District Court #01353 | |

## ORDER

Motion ___✓___ **GRANTED**
Motion _____ **GRANTED** subject to payment of $50.00 filing fee to Clerk of Court
Motion _____ **DENIED**

_July 5, 2000_____         _____
Dated                         Judge, U.S. District Court

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Motion for Admission *Pro Hac Vice* was served via First Class Mail, postage prepaid to counsel listed below:

Terri S. Reiskin, Esquire
**HOGAN & HARTSON, L.L.P.**
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

-and-

James B. Irwin, Esquire
**MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, L.L.P.**
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200

_____
**STEVEN M. PAVSNER, ESQUIRE**

DATED: 6/26/00