IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM COOPER,
    Plaintiff

v.                 **Civil No. JFM-97-2578**

SMITH & NEPHEW, INC.
INC.,
    Defendant

*****

ORDER

For the reasons stated in the accompanying Memorandum entered herewith, it is, this 3rd day of August, 2000

ORDERED

1. Plaintiff William Cooper's motion to file sur-reply memorandum is denied; and

2. Defendant's Smith & Nephew motion to strike the deposition of James Murphy is granted.

                      J. Frederick Motz
                      United States District Judge