# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM COOPER, | * |
|     Plaintiff | * |
| | * |
|     v. | *  **Civil No. JFM-97-2578** |
| | * |
| SMITH & NEPHEW, INC. | * |
| INC., | * |
|     Defendant | * |
| | ***** |

## ORDER

For the reasons stated in the accompanying Memorandum entered herewith, it is, this 5th day of August, 2000

ORDERED

1. Plaintiff William Cooper's motion for reconsideration is granted.

                                                J. Frederick Motz
                                                United States District Judge