IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| William Cooper | * | |
|    Plaintiff | * | |
| | * | |
| v. | * | **Civil No. JFM-97-2578** |
| | * | |
| Smith & Nephew, Inc. | * | |
|    Defendant | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying Memorandum entered herewith, it is, this _____ day of October, 2000

ORDERED that defendant Smith & Nephew's motion for summary judgment on statute of limitations grounds is denied.

J. Frederick Motz
United States District Judge