IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM COOPER,

    Plaintiff,

v.                    Civil No. JFM 97-2578

SMITH & NEPHEW, INC.,

    Defendant.

ORDER

For the reasons stated in the foregoing memorandum, it is, this 20 day of November, 2000, hereby ORDERED that:

1. Smith & Nephew's Motion to Exclude the Testimony of William J. Mitchell, M.D., and for Summary Judgment for Lack of Proof of Causation is GRANTED.

2. Smith & Nephew's Motion for Summary Judgment Dismissing Claims of William Cooper is DISMISSED AS MOOT.

                                  J. Frederick Motz
                                  United States District Judge